IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02831-RPM

RHONDA BLACKWELL,

    Plaintiff,

v.

REGENT ASSET MANAGEMENT SOLUTIONS, N.A.,

    Defendant.

_____

ORDER DISMISSING CASE WITH PREJUDICE
_____

    Pursuant to the Stipulation of Dismissal, filed April 7, 2010 [15], it is

    ORDERED that this civil action is dismissed with prejudice with each party to bear its own fees and costs.

    DATED: April 7th, 2010

                                                   BY THE COURT:

                                                   s/Richard P. Matsch

                                                   _____

                                                   Richard P. Matsch, Senior District Judge